THE STATE OF TEXAS
COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT

July 20, 2015

FILED IN THE COURT OF APPEAL AT SAN ANTONIO, TEXAS
2015 JUL 22 AM 11:07
KEITH E. HOTTLE, CLERK

RE: Court of Appeals Number: 04-15-00426-CR
TRIAL Court Case No: AC5-129
STYLE: ROBERT CALDERON PRO SE
V.
THE STATE OF TEXAS.

TO THE HONORABLE CLERK OF SAID COURT:

I AM In REPLY TO RECIEVING THAT THE NOTICE OF APPEAL HAS BEEN FILED IN THIS COURT AND THAT YOU ARE REQUESTING A DOCKETING STATEMENT. I AM RESPECTFULLY GIVING THIS COURT NOTICE THAT I AM PROCEEDING IN PRO SE, I AM INDIGENT, AND I AM CONFINED AT THE GALVESTON COUNTY JAIL. I AM ALSO GIVING A NOTICE THAT I WAS DENIED MY RIGHT TO APPEAL AS IT WAS FILED IN AN 11.07 HABEAS CORPUS @ 2007 TO THE CRIMINAL COURT OF APPEALS OF TEXAS THROUGH THE 216TH COUNTY CLERK'S OFFICE ON GROUNDS OF NO 1. DENIAL OF RIGHT OF APPEAL, GROUND NO. 2. INEFFECTIVE ASSISTANCE OF COUNSEL N 3. CONVICTION OBTAINED BY ACTION OF A GRAND OR PETIT JURY WHICH WAS UNCONSTITUTIONALLY SELECTED AND EMPANELED. 4. CONVICTION OBTAINED BY THE UNCONSTITUTIONAL FAILURE OF THE PROSECUTION TO DISCLOSE TO THE DEFENDANT EVIDENCE FAVORABLE TO THE DEFENDANT. 5. CONVICTION OBTAINED BY USE OF EVIDENCE OBTAINED PURSUANT TO AN UNLAWFUL ARRES. HABEAS CORPUS WAS DISMISSED, MOTION FOR A NEW TRIAL WAS DENIED. THEN AS OF APRIL 15, 2010 I FOUND NEWLY DISCOVER EVIDENCE TO THE GROUND WHICH WERE DENIED ON 11.07 HABEAS CORPUS.

AS NEWLY DISCOVERED EVIDENCE IS A CLEAR MOTIVE TO THE VIDEO RECORDED ALLEGATIONS TO THIS APPEAL. I ALSO GIVE THIS COURT NOTICE THAT THERE HAVE BEEN DIFFICULTIES WITH THE CO-OPERATIONS OF THESE 216TH OFFICERS IN EXPOSING THE VIDEO USED IN THE COURT TRIAL I HAVE BEEN IN PURSUING THIS MATTER FOR 10 YEARS TO DATE. I AM NOT A LAWYER NOR HAVE THE LEGAL EDUCATIONS TO RETRIEVE DOCUMENTS WHICH I NO LOGER OBTAING IN MY POSSESSIONS. I REQUEST THAT COULD THIS COURT PROVIDE ME COUNSEL IN THIS MATTER . . . .

RESPECTFULLY SUBMITTED

Pro Se

Robert Carderon # 232057

5700 AVE H

GALVESTON TX 77551

Robert Calderon #32057
5700 Ave H
Galveston Texas 77551

OFFICIAL BUSINESS

RETURN SERVICE
REQUESTED

**PRIVILEGED**
**INMATE MAIL**

NORTH HOUSTON TX 773
20 JUL 2015 PM 9 L

USA
FOREVER

DEPUTY CLERK, COURT OF APPEALS
ROSA GONZALES EXT 53855
FOURTH COURT OF APPEALS DISTRICT
CADENA- REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
SAN ANTONIO TEXAS 78205-3037

SEALED
LEGAL MAIL

7820553037